UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-MJ-2277

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOLIN, ALYSSA D. | ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to strike the bench warrant in the above-captioned matter.

2. After due consideration, the Court hereby STRIKES the bench warrant in this case.

So ORDERED this   23rd   day of    March    , 2016.

_____
United States Magistrate Judge

1